United States District Court
for the District of New Jersey

|  |  |
|---|---|
| **R. DALE MITCHELL** | : |
|  | : |
|  | :  Civil No. 07-1651 |
| Plaintiff | : |
|  | :  Order of Reassignment |
| **UBS WEALTH MANAGEMENT, INC., ET AL** | : |
|  | : |
| Defendant | : |

It is on this 23rd day of February 2009,

O R D E R E D that the entitled action is reassigned

from Judge Dickinson R. Debevoise to Judge Katharine S. Hayden.

    S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court