UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

R. DALE MITCHELL,

      *Plaintiff*,

v.

UBS SERVICES USA LLC,

      *Defendant*.

Civ. Action No. 07-1651 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

    For the reasons expressed in the Opinion filed herewith, defendant's motion for summary judgment [D.E. # 22] is **GRANTED** and plaintiff's amended complaint [D.E. # 6] is **DISMISSED** with prejudice. The Clerk of the Court is directed to close the case.

    **SO ORDERED** this 26th day of June, 2009.

                             /s/  Katharine S. Hayden

                             Hon. Katharine S. Hayden
                             United States District Judge